**Marcos SANCHEZ, M.D.**

v.

**Mehdi NIKPARVAR, M.D. and Incare, LLC.**

**Petition of: Mehdi Nikparvar**

**No. 233 MAL 2017**

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**